# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **KINDRELL M. SANDERS,** § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | **CASE NO.** |
| § | | **JURY TRIAL DEMANDED** |
| **DOLLAR TREE STORES, INC.,** § | | |
| **DOLLAR TREE, INC. and** § | | |
| **CHALEK COMPANY, LLC,** § | | |
| *Defendants.* § | | |

## COUNSEL OF RECORD AND INFORMATION PURSUANT TO 28 U.S.C. § 1446(A)

**(1) A list of all parties in the case, their party type (e.g., plaintiff, defendant, intervenor, receiver, etc.) and current status of the removed case (pending, dismissed);**

    Plaintiff    *Kindrell M. Sanders*

    Defendants    *Dollar Tree Stores, Inc. and Dollar Tree, Inc. (incorrectly named and an improper party)*

    Defendant    *Chalek Company, LLC*

The removed case is currently pending.

**(2) A civil cover sheet and a certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action; all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court, as required by 28 U.S.C. § 1446(a);**

See attached civil cover sheet and documents attached to Defendant's Notice of Removal as ***Exhibit "B."***

**(3)** A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number and party or parties represented by him/her;

*Counsel for Plaintiff*
*Kindrell M. Sanders*

Austin M. Carrizales
State Bar No. 24077898
E-Mail: acarrizales@loncarassociates.com
LONCAR LYON JENKINS
2012 Broadway
Lubbock, Texas 79401
806.368.9538 / F: 806.368.9539

*Counsel for Defendant*
*Dollar Tree Stores, Inc.*

Zach T. Mayer
State Bar No. 24013118
E-Mail: zmayer@mayerllp.com
Robin R. Gant
State Bar No. 24069754
E-Mail: rgant@mayerllp.com
Angela Avent
State Bar No. 24107572
E-Mail: aavent@mayerllp.com
**MAYER LLP**
750 North St. Paul Street, Suite 700
Dallas, Texas 75201
214.379.6900 / F: 214.379.6939

*Counsel for Defendant*
*Chalek Company, LLC*

John Wolffarth
State Bar No. 24051543
E-Mail: paciod1@nationwide.com
LAW OFFICE OF JAMES A. LAWRENCE
105 Decker Court, Suite 150
Irving, Texas 75062-2211
972.536.7302 / F: 855.717.5349

**(4) A record of which parties have requested a trial by jury (this information is in addition to placing the word "jury" at the top of the Notice of Removal immediately below the case number)**; and

- Defendant, DOLLAR TREE STORES, INC. has requested a trial by jury.

**(5) The name and address of the court from which the case is being removed.**

358th Judicial District Court
300 North Grant, Room 322
Odessa, Texas 79761
432.498.4250 / F: 432.498.4173